

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-16-00612-CV

**IN THE INTEREST OF S.L.M.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01559
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal. Although the reporter's record was due on September 26, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). We, therefore, ORDER the court reporter to file the reporter's record on or before **October 17, 2016**. If the reporter's record is not received by such date, an order may be issued directing Angie Jimenez to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed and that the appellate court may not grant more than a ten-day extension to file the appellate record).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court